UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNYMAC HOLDINGS, LLC, | Case No.  15-cv-03345-KAW |
| Plaintiff, | |
| v. | **AMENDED ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| CHRISTIAN CASTANEDA, et al., | |
| Defendants. | |

(X)    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED.

Dated: August 4, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge

(Not to be used in PRISONER OR HABEAS CORPUS CASES) (rev. 4/22/2014)