UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNYMAC HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN CASTANEDA, et al.,<br><br>    Defendant. | Case No.  15-cv-03345-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 8 |

The Court has reviewed Judge Kandis Westmore's Report and Recommendation Re: Notice of Removal and Recommendation to Remand to State Court and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the case is remanded to Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: August 25, 2015

VINCE CHHABRIA
United States District Judge